**E-FILED on 8/28/13**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY WILLIAM BROWN,**<br><br>    Petitioner,<br><br>    v.<br><br>**ANTHONY HEDGPATH, Warden,**<br><br>    Respondent. | Case No. C 12-0362 RMW (PR)<br><br>**[] ORDER** |

   GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until October 11, 2013 to file an answer to, or responsive motion regarding, the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, within thirty (30) days of his receipt of the answer. He may file and serve an opposition or statement of non-opposition within thirty (30) days of his receipt of a motion to dismiss, if any, and respondent may file with the Court and serve on petitioner a reply within fifteen (15) days of the date any opposition is filed.

   IT IS SO ORDERED.

Dated:  8/28/13

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order, Enlargement of Time, *Brown v. Hedgpath* (C 12-0362 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY WILLIAM BROWN,

        Plaintiff,

  v.

ANTHONY HEDGPATH et al,

        Defendant.

Case Number: CV12-00362 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 28, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy William Brown G-38339
Salinas Valley State Prison
A4-129-L
P.O. Box 1050
Soledad, CA 93960-1050

Dated: August 28, 2013

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk