IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM BROWN, | No. C 12-0362 RMW (PR) |
| Petitioner, | ORDER GRANTING MOTION FOR SECOND ENLARGEMENT OF TIME TO FILE ANSWER OR DISPOSITIVE MOTION |
| vs. | |
| ANTHONY HEDGPETH, | |
| Respondent. | (Docket No. 19) |

Petitioner, proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 13, 2013, the court issued an order to show cause directing respondent to file an answer or dispositive motion within sixty days. (Docket No. 14.) Respondent has filed a motion requesting a second enlargement of time to file a response. (Docket No. 19.) Petitioner has filed an opposition. (Docket No. 20.)

Respondent's motion is **GRANTED**. Respondent shall file an answer or dispositive motion **no later than December 11, 2013.** Petitioner may file a traverse **within thirty (30) days** after an answer is filed. If respondent files a dispositive motion, petitioner shall file an opposition **within twenty-eight (28) days** after a dispositive motion is filed and respondent may file a reply **within fourteen (14) days** thereafter. No further extensions of time will be granted absent exigent circumstances.

Order Granting Mot. for Second Enlargement of Time to File Answer or Dispo. Mot.
G:\PRO-SE\RMW\HC.12\Brown362eot2-ans.wpd

1       This order terminates docket number 19.

2       IT IS SO ORDERED.

3  Dated:  FFäFH                    *Ronald M. Whyte*
                                    RONALD M. WHYTE
4                                   United States District Judge

Order Granting Mot. for Second Enlargement of Time to File Answer or Dispo. Mot.
G:\PRO-SE\RMW\HC.12\Brown362eot2-ans.wpd        2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM BROWN,<br><br>        Plaintiff,<br><br>  v.<br><br>ANTHONY HEDGPATH et al,<br><br>        Defendant. | Case Number: CV12-00362 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 27, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy William Brown G-38339
Salinas Valley State Prison
A4-129-L
P.O. Box 1050
Soledad, CA 93960-1050

Dated: November 27, 2013

                                                Richard W. Wieking, Clerk
                                                By: Jackie Lynn Garcia, Deputy Clerk