**E-FILED**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TIMOTHY WILLIAM BROWN,** | Case No. C 12-0362 RMW (PR) |
| Petitioner, | **[] ORDER** |
| v. | |
| **ANTHONY HEDGPETH, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file an answer or dispositive motion **no later than February 10, 2014** to the petition for writ of habeas corpus. Petitioner may file and serve a traverse, if any, **within thirty (30) days** after an answer is filed. He may file and serve an opposition or statement of non-opposition **within thirty (30) days** of filing a motion to dismiss, if any, and respondent may file with the Court and serve on petitioner a reply **within fourteen (14) days** of the date any opposition is filed.

IT IS SO ORDERED.

Dated: 2/3/14

*Ronald M. Whyte*
The Honorable Ronald M. Whyte

1

[] Order, 3rd Enlargement of Time, *Brown v. Hedgpeth* (C 12-0362 RMW (PR))

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY WILLIAM BROWN,

        Plaintiff,

  v.

ANTHONY HEDGPATH et al,

        Defendant.

Case Number: CV12-00362 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 3, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy William Brown G-38339
Salinas Valley State Prison
A4-129-L
P.O. Box 1050
Soledad, CA 93960-1050

Dated: February 3, 2014

                                        Richard W. Wieking, Clerk
                                        By: Jackie Lynn Garcia, Deputy Clerk