**E-FILED on        6/2/14**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM BROWN,<br><br>        Petitioner,<br><br>  vs.<br><br>ANTHONY HEDGPETH,<br><br>        Respondent. | No. C 12-0362 RMW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br><br><br><br><br>(Docket No. 28) |

    Petitioner, proceeding pro se, filed a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 13, 2013, the court issued an order to show cause.  (Docket No. 14.)  On February 10, 2104, respondent filed a response.  (Docket No. 26.)  On April 4, 2014, petitioner filed an untimely motion requesting an additional ten days to file a traverse.[1]  (Docket No. 28.) Notwithstanding its untimeliness, petitioner's motion is **GRANTED**.  Petitioner shall file a traverse **within ten (10) days** of the filing date of this order.

    This order terminates docket no 28.

    IT IS SO ORDERED.

Dated:     6/2/14

*/s/ Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

---

[1] Petitioner's motion is captioned as a request for a "second extension of time."  The court does not have a record of petitioner filing a prior motion requesting an extension of time.

Order Granting Motion for Extension of Time to File Traverse
P:\PRO-SE\RMW\HC.12\Brown362eot-traverse.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

TIMOTHY WILLIAM BROWN,

        Plaintiff,

  v.

ANTHONY HEDGPATH et al,

        Defendant.

Case Number: CV12-00362 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 2, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy William Brown G-38339
Salinas Valley State Prison
A4-129-L
P.O. Box 1050
Soledad, CA 93960-1050

Dated: June 2, 2014

                                    Richard W. Wieking, Clerk
                                    By: Jackie Lynn Garcia, Deputy Clerk