**E-FILED on 8/11/15**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TIMOTHY WILLIAM BROWN, | ) | No. C 12-0362 RMW (PR) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| ANTHONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

The court has denied the instant petition for writ of habeas corpus on the merits. Therefore, judgment is entered in favor of respondent. Petitioner shall take nothing by way of his petition. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/11/15

*Ronald M. Whyte*

RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\RMW\HC.12\Brown362jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY WILLIAM BROWN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY HEDGPATH et al,<br><br>　　　　　Defendant.　　　　　　／ | Case Number: CV12-00362 RMW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 11, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Timothy William Brown G-38339
Salinas Valley State Prison
A4-129-L
P.O. Box 1050
Soledad, CA 93960-1050

Dated: August 11, 2015

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　　　　By: Jackie Lynn Garcia, Deputy Clerk